BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
JACOB M. MIKOW, CSBN 238045
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8976
    Fax: 415-744-0134
    Jacob.Mikow@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON RENEE HAGAN,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:14-cv-02464-EFB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from May 13, 2015 to June 12, 2015.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  An extension of time is needed given Defense counsel's workload, and in order for counsel to review and respond to the issues raised in Plaintiff's motion.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

    Counsel apologizes to the Court for any inconvenience caused by this delay.

| | | |
|---|---|---|
| Dated: 5/11/2015 | | Respectfully submitted, /s/ Joseph C. Fraulob_____ (As authorized via email on 5/11/2015) JOSEPH C. FRAULOB Attorney for Plaintiff |
| Dated: 5/11/2015 | | BENJAMIN B. WAGNER United States Attorney DONNA CALVERT Regional Chief Counsel, Region IX Social Security Administration |
| | By: | /s/ Jacob M. Mikow___ JACOB M. MIKOW Special Assistant United States Attorney Attorneys for Defendant |

OF COUNSEL:

In Seon Jeong
Assistant Regional Counsel

<u>ORDER</u>

APPROVED AND SO ORDERED.

Dated: May 13, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE