BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
JACOB M. MIKOW, CSBN 238045
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone:  415-977-8976
    Fax:  415-744-0134
    Jacob.Mikow@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON RENEE HAGAN,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:14-cv-02464-EFB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR SECOND EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from June 12, 2015 to July 10, 2015.  This is Defendant's second request for an extension of time to respond to Plaintiff's motion.

    Assistant Regional Counsel In Seon Jeong was assigned to this case and has diligently attempted to complete Defendant's responsive brief in a timely matter.  However, the undersigned counsel for Defendant seeks this extension due to the press of workload including a high volume of other disability matters.  The parties further stipulate that the Court's Scheduling

Stip. & Prop. Order for Ext.; 2:14-cv-02464-EFB      1

Order shall be modified accordingly.  Counsel apologizes to the Court for any inconvenience caused by this delay.

Dated:  6/11/2015

Respectfully submitted,
*/s/ Joseph C. Fraulob*
(As authorized via email on 6/11/2015)
JOSEPH C. FRAULOB
Attorney for Plaintiff

Dated: 6/11/2015

BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Jacob M. Mikow*
JACOB M. MIKOW
Special Assistant United States Attorney
Attorneys for Defendant

OF COUNSEL:

In Seon Jeong
Assistant Regional Counsel

## ORDER

APPROVED AND SO ORDERED.

Dated:  June 12, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE