LAW OFFICES OF
HADLEY & FRAULOB
P. O. BOX 2487
230 FIFTH STREET
MARYSVILLE, CALIFORNIA  95901
(530) 743-4458
FAX (530) 743-5008

JOSEPH C. FRAULOB- CSBN 194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SHANNON RENEE HAGAN | Case No.: 2:14-CV-02464-EFB |
| Plaintiff, | |
| v. | **STIPULATION FOR AWARD OF EAJA ATTORNEY FEES AND COSTS** |
| CAROLYN W. COLVIN, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that Plaintiff be awarded attorney fees under the Equal Access To Justice Act (EAJA) 28 U.S.C. 2412(d), in the amount of six thousand, five hundred dollars ($6500.00).  This amount represents compensation for legal services rendered on behalf of Plaintiff by her counsel in connection with this civil action, in accordance with 28 U.S.C. 2412(d).  The parties additionally stipulate that Plaintiff shall be awarded costs under 28 U.S.C. 1920 in the amount of four hundred dollars ($400.00).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney.  Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521 (U.S. June 14, 2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order to award EAJA fees is entered, the government will determine if it is subject to any offset.

EAJA Stipulation; 2:14-CV-02464-EFB

Fees and costs shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to Plaintiff's counsel Joseph C. Fraulob, pursuant to the written assignment executed by Plaintiff.  Any payments shall be delivered to Plaintiff's counsel Joseph C. Fraulob.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees in connection with this action.

Respectfully submitted,

DATED: June 13, 2016

By: */s/Joseph C. Fraulob*
JOSEPH C. FRAULOB
Attorney for Plaintiff

DATED: June 13, 2016

BENJAMIN B. WAGNER
United States Attorney

DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By */s/ In Seon Jeong*
(As authorized via email)
IN SEON JEONG
Assistant Regional Counsel
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED June 14, 2016

HON. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

EAJA Stipulation; 2:14-CV-02464-EFB